FILED
 2014 Aug-20 AM 10:07
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RODNEY L. ROBINSON, SR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:13-cv-01139-LSC-TMP |
| CYNTHIA SLATE COOK, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 25, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(2) for seeking monetary relief from a defendant who is immune from such relief. (Doc. 5). The plaintiff did not file objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for seeking monetary relief from a defendant who is immune from such relief. A Final Judgment will be entered.

Done this 20th day of August 2014.

_____
L. Scott Coogler
United States District Judge
[160704]